FILED

NOV 28 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN HARTSOE,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, et al.,<br><br>            Defendants. | CV 16–87–M–DLC–JCL<br><br>ORDER |

Before the Court is Defendant Michael Umphrey's ("Umphrey") Motion to Dismiss (Doc. 104) the claims advanced against him for, among other things, lack of subject matter jurisdiction. By document filed November 20, 2017 (Doc. 106), Plaintiff John Hartsoe advises the Court that he concedes the propriety of Umphrey's Motion. Therefore,

IT IS ORDERED that:

(1) Umphrey's Motion to Dismiss (Doc. 104) is GRANTED;

(2) Hartsoe's related Motion to Dismiss (Doc. 106) is DENIED as moot; and

(3) Umphrey's renewed Motion to Dismiss (Doc. 108) is DENIED as moot.

-1-

DATED this 28th day of November, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court