UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN HARTSOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA et al,<br><br>                    Defendants. | Case No. CV-16-087-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants and against Plaintiff in this case.

      Dated this 11th day of December, 2017.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ A. Puhrmann
                                    A. Puhrmann, Deputy Clerk